

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JMK

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

February 8, 2012

**By ECF**

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:   United States v. Patrick Cicalese, et al.
            Criminal Docket No. 11-CR-00027 (ENV)

Dear Judge Vitaliano:

     The government respectfully submits this letter requesting an extension of time to file its response to the defendant Patrick Cicalese's pre-trial motions.  The defendant filed supplemental pre-trial motions on January 6, 2012.  The government's current due date for its opposition to Cicalese's motions is February 10, 2012, and the defendant's reply, if any, is due by February 17, 2012.  The government respectfully requests an extension of time to file its response to the defendant's motions from Friday, February 10, to March 2, 2012, with the defendant's reply due no later than March 9, 2012.  The government has conferred with Cicalese's defense counsel, who does not oppose the government's application.

                          Very truly yours,

                          LORETTA E. LYNCH
                        United States Attorney

            By:       /s/
                  Jacquelyn M. Kasulis
                  Assistant U.S. Attorney
                  (718) 254-6103