

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

JMK

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

February 10, 2012

**By ECF**

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Patrick Cicalese, et al.
            Criminal Docket No. 11-CR-00027 (ENV)

Dear Judge Vitaliano:

    Per the Court's request, the government respectfully submits this letter requesting an adjournment of the date for oral argument regarding the defendant Patrick Cicalese's pre-trial motions, which is currently scheduled for February 24, 2012 at 2:30 p.m.  On February 9, 2012, the Court granted the government's request for an extension of the due date for the government's opposition to Cicalese's motions to March 2, 2012, with the defendant's reply due no later than March 9, 2012.  In light of this new briefing schedule, the government respectfully requests that the oral argument date be adjourned to March 23, 2012 at 2:00 p.m.

                Very truly yours,

                LORETTA E. LYNCH
                United States Attorney

      By:      /s/
             Jacquelyn M. Kasulis
             Assistant U.S. Attorney
             (718) 254-6103